TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-11927

**THIS ORDER IS APPROVED.**

Dated: June 06, 2010



_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Gary W. Lebo and Karen J. Lebo
     Debtors.
_____

Chase Home Finance LLC
     Movant,
  vs.

Gary W. Lebo and Karen J. Lebo, Debtors, Stanley J. Kartchner, Trustee.

     Respondents.

No. 4:10-bk-11724-JMM

Chapter 7

ORDER

(Related to Docket #10)

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 9, 2005 and recorded in the office of the Pima County Recorder wherein Chase Home Finance LLC is the current beneficiary and Gary W. Lebo and Karen J. Lebo have an interest in, further described as:

> That part of Lots 5 and 6 in Block 14, of FERRY ADDITION, Pima County, Arizona, according to the Map or Plat thereof, of record in the Office of the County Recorder of Pima County, Arizona, in Book 9 of Maps, page 5, more particularly described as follows:
>
> BEGINNING at a point of the West line of Lot 5 in Block 14, said point being 9.28 feet Southerly from the Northwest corner of Lot 5;
>
> THENCE Easterly to a point on the East line of Lot 6, said point being 62.72 feet Northerly from the Southeast corner of Lot 6;
>
> THENCE South 7 degrees 47 minutes West a distance of 62.72 feet to a point;
>
> THENCE 0 degrees 33 minutes West a distance of 9.28 feet to a point;
>
> THENCE Westerly to a POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.